UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAY FRANCE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MENDOCINO COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-01058-JSC  (NJV)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on October 26, 2017, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

　( X ) Plaintiff, Michael Ray France, Pro Se.

　(　) Warden or warden's representative

　(　) Office of the California Attorney General

　( X ) Other: Brina Blanton.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

　(　) The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

　(　) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

( X ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 10/31/2017

_____
Honorable Nandor J. Vadas
United States Magistrate Judge