UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAY FRANCE,<br><br>    Plaintiff,<br><br>    v.<br><br>MENDOCINO COUNTY SHERIFF'S OFFICE, et al.,<br><br>    Defendants. | Case No. 16-cv-01058-JSC<br><br>**ORDER APPOINTING COUNSEL; SETTING CASE MANAGEMENT CONFERENCE** |

Plaintiff, having been found in need of counsel to assist him in this matter, and counsel willing to be appointed to represent Plaintiff having been located,

IT IS HEREBY ORDERED THAT: Franklin D. Kang (#192314) and the law firm of McGuire Woods, LLP, at Two Embarcadero Center, Suite 1300, San Francisco, CA 94111-3821, (415-844-1948), are appointed as counsel for Plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines.

Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the court's website at http://www.cand.uscourts.gov.

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties, by counsel, are hereby ordered to appear at a Case Management Conference before the undersigned on January 18, 2018, at 1:30 p.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, for the purpose of setting trial and pretrial dates. No later than January 11, 2018, the parties shall file a joint case management statement pursuant to Civil Local Rule 16-9. Any

request to reschedule the date of the conference must be made in writing upon a showing of good cause, preferably by stipulation, and not later than January 8, 2018.

The Clerk shall add Plaintiff's appointed counsel to the docket, and serve a copy of this order upon counsel for both parties. Except as ordered above, this case is STAYED until four weeks from the date this Order is filed.

**IT IS SO ORDERED.**

Dated: December 6, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAY FRANCE,<br><br>    Plaintiff,<br><br>v.<br><br>MENDOCINO COUNTY SHERIFF'S OFFICE, et al.,<br><br>    Defendants. | Case No. 16-cv-01058-JSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 6, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Ray France ID: AZ6601
Ironwood State Prison
P.O. Box 2199
(C-1-230)
Blythe, CA 92226

Dated: December 6, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

3